UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JENNIFER POWELL,
    Plaintiff,

vs.                                            Case No.: 3:23cv8982/TKW/ZCB

MARTIN O'MALLEY,
    Defendant.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 11). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that the Commissioner's decision that Plaintiff is not disabled should be affirmed. Accordingly, it is

**ORDERED** that

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    The Commissioner's decision is **AFFIRMED,** and this case is **DISMISSED** under sentence four of 42 U.S.C. § 405(g).

3.    The Clerk shall enter judgment in accordance with this Order and close the case.

**DONE and ORDERED** this 15th day of July, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**